NOT FOR PUBLICATION

**UNITED STATES DISTRICT JUDGE**
**DISTRICT OF NEW JERSEY**

_____

|  |  |  |
|---|---|---|
| DAYS INNS WORLDWIDE, INC. | : | |
| | : | Civil No. 21-cv-11552 (JXN)(CLW) |
| | : | |
| Plaintiff, | : | |
| | : | **ORDER** |
| v. | : | |
| | : | |
| SHAKTI HOSPITALITY, LLC, *et al* | : | |
| | : | |
| Defendants. | : | |
| | : | |

_____

**NEALS, District Judge:**

This matter comes before the Court upon Plaintiff Days Inns Worldwide, Inc's ("DIW" or "Plaintiff") Motion for Default Judgment [ECF No. 11] against Shakti Hospitality, LLC, Kishor Keval and Asha Keval (collectively, "Defendants") pursuant to Fed. R. Civ. P. 55; and

**WHEREAS,** it appearing that Plaintiff filed the instant Action against Defendants on May 20, 2021, alleging four causes of actions and seeking damages as a result of breach of franchise agreement between DIW and Shakti Hospitality, LLC [ECF No. 1]; and the Summons and Complaint was returned executed on June 15, 2021 [ECF No. 5]; and Defendants having been served on June 14, 2021 and having failed to answer or appear in this action in any manner; and entry of default having been entered against Defendants on July 16, 2021; and Plaintiff having provided Defendants with written notice of their Motion for Default Judgment [ECF No. 11]; and Defendants having failed to respond to the instant Motion and the time for such response having lapsed; and the Court having reviewed the papers; and good cause having been shown:

**ACCORDINGLY, IT IS** on this 14th day of April, 2022,

**ORDERED** that Plaintiff's Motion for Default Judgment [ECF No. 11] is **GRANTED;** and it further

**ORDERED** that the Plaintiff will provide proof of the delinquent recurring fees (principal plus prejudgment interest) in the amount of $158,133.30 by **April 28, 2022**. The Court will enter the total amount of final judgment upon the appropriate showing of proof.

_____

**JULIEN XAVIER NEALS**
**United States District Judge**